# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHANJA JONES, | ) | Case No. 1:22 cv 01215 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge: DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| THE CLEVELAND METROPOLITAN | ) | **AGREED JUDGMENT ENTRY** |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Shanaja Jones and Defendant Derrick Dugger have resolved this matter according to the terms below. This Court accepts the parties' final resolution and enters the following Order:

**It is hereby ORDERED, ADJUDGED, and DECREED as follows:**

1. Defendant Derrick Dugger hereby consents to a confession of judgment in favor of Plaintiff Shanaja Jones in the amount of $50,000.00, with interest at the rate of 4% per annum from the date of judgment.

2. Each party shall bear their own costs, including attorneys' fees.

3. This Court retains jurisdiction of this case solely to enforce the terms of this order.

_____
Derrick Dugger

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of June, 2023.

IT IS SO ORDERED.

Dated: _____
DONALD C. NUGENT
UNITED STATES DISTRICT COURT